Connie C. RESHARD and Leroy Reshard, Co-personal Representatives of the Estate of Minnie Lee Reshard on behalf of the Estate and certain Survivors, Plaintiffs-Appellants,

v.

Dr. Earl BRITT, Dr. George Bonk, et al., Defendants-Appellees.

No. 86–3641.

United States Court of Appeals, Eleventh Circuit.

Oct. 6, 1987.

Connie Reshard, pro se.

Richard B. Collins, Collins, Dennis & Williams, Tallahassee, Fla., for Dr. Earl Britt.

Richard Smoak, Sale, Brown & Smoak, Panama City, Fla., for Dr. George Bonk.

P. Scott Mitchell, Fuller & Johnson, Tallahassee, Fla., for Dr. David Moore.

William H. Davis, Wadsworth & Davis, Tallahassee, Fla., for Tallahassee Community Hosp.

ON PETITION FOR REHEARING AND SUGGESTION FOR REHEARING IN BANC

Before RONEY, Chief Judge, TJOFLAT, HILL, FAY, VANCE, KRAVITCH, JOHNSON, HATCHETT, ANDERSON, CLARK and EDMONDSON, Circuit Judges *.

BY THE COURT:

A member of this court in active service having requested a poll on the application for rehearing in banc and a majority of the judges of this court in active service having

* Senior U.S. Circuit Judge Elbert P. Tuttle has elected to participate in further proceedings in

voted in favor of granting a rehearing in banc,

IT IS ORDERED that the above cause shall be reheard by this court in banc *without* oral argument on a date hereafter to be fixed. The clerk will specify a briefing schedule for the filing of in banc briefs. The previous panel's opinion is hereby VACATED.